768 A.2d 290

Stephen CROOKS, Appellant

v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE, Appellee.

Supreme Court of Pennsylvania.

Feb. 16, 2001.

*ORDER*

PER CURIAM:

AND NOW, this 16th February, 2001, probable jurisdiction is noted and the order appealed is affirmed. The Motion for Court To Acquire Records In Conjunction With Writ of Mandamus is denied.